# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 11, 2018

156959 & (17)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

MICHIGAN STATE UNIVERSITY STUDENT
ID #A48212299,
      Plaintiff-Appellant,

v

      SC: 156959
      COA: 341151
      Ct of Claims: 17-000210-MZ

MICHIGAN STATE UNIVERSITY and
MICHIGAN STATE UNIVERSITY BOARD OF
TRUSTEES,
      Defendants-Appellees.

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 20, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 11, 2018



                Clerk

t0109